

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:23-CR-157 |
| | ) | |
| ADRIENNE DEL VALLE, | ) | Sexual Abuse of a Ward |
| | ) | (18 U.S.C. § 2243(b)) |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### INTRODUCTORY ALLEGATIONS

At all times material to this Information, unless otherwise stated:

1. Defendant ADRIENNE DEL VALLE was employed full-time by the Bureau of Prisons as a medication technician in the health services department of Federal Correctional Institution – Petersburg, located in Prince George County, Virginia, within the Eastern District of Virginia.

2. Federal Correctional Institution – Petersburg is a federal prison and within the maritime and territorial jurisdiction of the United States.

3. T.J. was an inmate at the Federal Correctional Institution – Petersburg.

4. As a medication technician at Federal Correctional Institution – Petersburg, ADRIENNE DEL VALLE had custodial, supervisory, and disciplinary authority of inmates.

5. From in or around November 2021, through in or around June 2022, ADRIENNE DEL VALLE and T.J. were involved in a sexual relationship. On multiple occasions during that

time period, ADRIENNE DEL VALLE and T.J. engaged in a sexual act within the confines of Federal Correctional Institution – Petersburg.

## Count One
### (Sexual Abuse of a Ward)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 5, 2022, in the Eastern District of Virginia, within the boundaries of Federal Correctional Institution – Petersburg, an area within the special maritime and territorial jurisdiction of the United States, the defendant, ADRIENNE DEL VALLE, a Medication Technician employed by the Bureau of Prisons, knowingly engaged in a sexual act and attempted engage in a sexual act, to wit, contact between the penis and the vulva, with T.J., a person who was in official detention Federal Correctional Institution – Petersburg, and under the custodial, supervisory, and disciplinary authority of the defendant..

(In violation of Title 18, United States Code, Section 2243(b)).

Jessica D. Aber
United States Attorney

By: *Heather Mansfield*
Thomas A. Garnett
Heather Hart Mansfield
Assistant United States Attorneys