# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                                      Case. No.  3:23cr157
**ADRIENNE DEL VALLE**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>**5300**<br><br>DATE & TIME:<br>**December 19, 2023**<br>**1:00 PM** |

Before: The Honorable Mark R. Colombell

To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: SEE ATTACHED
Brief description of offense: SEE ATTACHED

**YOU ARE ALSO SUMMONED TO APPEAR** for a Plea Hearing before the Honorable Roderick C. Young on **December 19, 2023**, at **1:30 PM** in Courtroom No. **6000**.

<u>**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**</u>
<u>**UNITED STATES PRETRIAL SERVICES**</u>
<u>**Suite 1150**</u>
<u>**701 East Broad Street**</u>
<u>**Richmond, Virginia 23219**</u>
<u>**(804) 916-2800**</u>

FILE COPY                                                                                          December 6, 2023
_____                                                              _____
Signature of Issuing Officer                                                                              Date

K. Hatfield, Deputy Clerk
_____
Name and Title of Issuing Officer

# RETURN OF SERVICE

This summons was received by me:

Date:

Name of Server                Title:

Check one box below to indicate appropriate method of service:

☐ I personally served the summons on the defendant on: [date] or

☐ On [date], I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or

☐ On [date], I delivered a copy of the summons to [name] who is authorized to receive service of process on behalf of [organization], and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date], the summons was returned unexecuted because: _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on _____        _____
                Date                                                    Signature of Server

                                                                _____
                                                                           Address of Server